**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07 - 55- UNA |
| BRANDON L. TANN, | : |
| Defendant. | : |

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about April 11, 2007, in the State and District of Delaware, BRANDON L. TANN defendant herein, did knowingly possess in and affecting interstate commerce and foreign commerce, a firearm, that is, a 9 mm Taurus handgun after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year in the Superior Court in and for New Castle County Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT II

On or about April 11, 2007, in the State and District of Delaware, BRANDON L. TANN defendant herein, did knowingly possess in and affecting interstate commerce and foreign commerce, 14 rounds of 9mm ammunition after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year in the Superior Court in and for New Castle County Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FILED
APR 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

forfeit to the United States pursuant to 18 U.S.C. Section 924 and 28 U.S.C. Section 2461(c), the firearm and ammunition involved in the commission of the offense, including but not limited to the following:

1. 9mm Taurus handgun.

2. 25 rounds of 9mm brass luger ammunition.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: /s/ Martin C. Meltzer
Martin C. Meltzer
Special Assistant United States Attorney

Date: April 24, 2007