UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-CR-055 JJF |
| v. : | |
| : | |
| BRANDON TANN : | |
| : | |
| Defendant. : | |

MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case. Pretrial motions were be filed by July 2, 2007.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference to schedule a trial in this matter. A proposed form of order is attached for the Court's convenience.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                                  By:   /s/ Martin C. Meltzer
                                        Martin C. Meltzer (De. I.D. No. 3053)
                                        Assistant United States Attorney
                                        1007 Orange Street, Suite 700
                                        P.O. Box 2046
                                        Wilmington, Delaware 19899-2046

Dated: July 11, 2007.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-CR-055 JJF |
| v. : | |
| : | |
| BRANDON TANN : | |
| : | |
| Defendant. : | |

ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2007, that a scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

> HONORABLE JOSEPH J. FARNAN, JR.
> UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Martin C. Meltzer, hereby certify that on July 11, 2007, I caused the foregoing Motion for a Scheduling Conference and proposed Order to be served on the following counsel by electronic filing:

Edson A. Bostic
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
302-573-6010

                                                          /s/ Martin C. Meltzer
                                                 Martin C. Meltzer (De. I.D. No. 3053)