IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  : | |
| Plaintiff,  : | |
| v.  : | Criminal Action No. 07-055 JJF |
| BRANDON TANN,  : | |
| Defendant.  : | |

### O R D E R

WHEREAS, Defendant has filed a Motion to Suppress Physical Evidence and Statements (D.I. 12);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Wednesday, August 22, 2007, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.


July 25, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE