IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-55-JJF |
| ) | |
| BRANDON TANN, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION FOR A CONTINUANCE**

NOW COMES, the United States of America, by and through its undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer, Special Assistant United States Attorney for the District of Delaware, and hereby respectfully requests that the Court grant its Motion for a Continuance of the hearing on the defendant's motion to suppress in the above case.

The Government respectfully submits the following in support of its motion.

1. On Friday, July 27, 2007, the Government's attorney received notice that the hearing on the defendant's motion to suppress is to be held on August 22, 2007.

2. The Government's attorney immediately began to contact government's witnesses, which consists of several Wilmington Police Officers, in order to ensure their availability.

3. The Government's attorney learned that one of the witnesses that the government intends to call at the suppression hearing, who is a significant witness in support of the Government's argument, will not be available on August 22, 2007. The witness will be on an out-of-state prepaid vacation for several weeks.

4. This witness is important to the Government's presentation because he is the individual who received the call from the confidential informant who actually provided the defendant's identify, his

location, what he was wearing, and the description of the firearm possessed by the defendant. The witness is also familiar with the past proven reliability of the informant.

5. Accordingly, the government requests that the hearing be continued to permit the witness to appear.

6. The government has consulted with defendants' counsel, Mr. Bostic, who does not object to this motion.

WHEREFORE, the government respectfully requests that the Court grant its Motion for a Continuance. A proposed Order is attached.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                                      By:    /s/Martin C. Meltzer
                                                Martin C. Meltzer
                                                Special Assistant United States Attorney

Dated:    August 3, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-55-JJF |
| ) | |
| BRANDON TANN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Government's Motion for Continuance, the Courts finds the interest of justice served by granting the continuance outweighs the best interest of the public and the defendant for a speedy trial and,

**IT IS HEREBY ORDERED** this _____ day of _____ 2007, that the Government motion is granted.

**IT IS FURTHER HEREBY ORDERED** that the intervening time between August 22, 2007 and the next scheduled date for the defendant's suppression hearing shall be excluded under the Speedy Trial Act (18 U.S.C. §§ 3161 et. seq).

                                                                              Honorable Joseph J Farnan, Jr.
                                                                              United States District Court Judge
                                                                              District of Delaware

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-55-JJF |
| | ) |
| BRANDON TANN, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Martin C. Meltzer, Special Assistant United States Attorney for the District of Delaware, hereby certify that on the 3rd day of August, 2007, I caused to be filed Government's Motion for a Continuance with the Clerk of the Court. Said documents were served via the ECF system on counsel for the defendant:

>Edson A. Bostic, Esq.
>Federal Public Defender
>Federal Public Defender, District of Delaware
>704 King Street, Suite 110
>Wilmington, DE  19801

>/s/ Martin C. Meltzer
>Martin C. Meltzer
>Special Assistant United States Attorney