IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-55-JJF |
| | ) |
| BRANDON TANN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the Government's Motion for Continuance, the Courts finds the interest of justice served by granting the continuance outweighs the best interest of the public and the defendant for a speedy trial and,

**IT IS HEREBY ORDERED** this ___14___ day of ___August___ 2007, that the Government motion is granted.

**IT IS FURTHER HEREBY ORDERED** that the intervening time between August 22, 2007 and the next scheduled date for the defendant's suppression hearing shall be excluded under the Speedy Trial Act (18 U.S.C. §§ 3161 et. seq).

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge
District of Delaware