IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-055 JJF |
| BRANDON TANN, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court granted Government's Motion for a Continuance of the Motion Hearing set for August, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Thursday, September 20, 2007 at 3:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

August 16, 2007
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE