

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  
*1007 Orange Street, Suite 700*  
*P.O. Box 2046*  
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*  
*FAX (302) 573-6220*

September 28, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Brandon Tann**
             **Criminal Action No.  07-55-JJF**

Dear Judge Farnan:

    Mr. Bostic has informed me that the defendant wishes to enter an open plea to the offenses charged in the Indictment. Accordingly, the parties respectfully request that the Court schedule a Change of Plea hearing with counsel.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

                BY:        /s/
                              Shawn A. Weede
                              Assistant United States Attorney

cc:    Edson A. Bostic, Esq.