IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-55-JJF |
| | : | |
| BRANDON TANN, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF SENTENCING HEARING**

Defendant, Brandon Tann, by and through his undersigned counsel, Edson A. Bostic, Federal Public Defender, hereby moves this Court for an Order continuing the Sentencing Hearing in this case.

In support of this motion, Mr. Tann avers as follows:

1. On or about October 15, 2007, Mr. Tann appeared before this Court and plead guilty to one count of Felon in Possession of a Firearm and to one count of Felon in Possession of ammunition, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Sentencing is currently set for March 6, 2008.

2. Counsel is requesting a continuance of the Sentencing Hearing because it appears that Mr. Tann, who is reported in the Presentence Report (PSR) as having had past psychological difficulties, continues to suffer currently from some mental health problems, which may be germaine to sentencing.

3. According to Mr. Tann, based upon a recent psychological examination at the prison,

he is in need of medication for Bi-Polar, and other disorders.

4. Based upon this new information, Counsel has retained a forensic psychologist to conduct its own examination and evaluation of Mr. Tann.

5. Counsel has informed both counsel for the government and the Probation Office of the instant request, and neither has an objection to a continuance.

7. Counsel has discussed the need for this continuance with Mr. Tann and he is in full agreement with the request.

8. Accordingly, defendant believes that, in the interests of justice, a continuance of the Sentencing Hearing is warranted.

**WHEREFORE,** the Defendant, Brandon Tann, respectfully requests that this Court issue an Order continuing the Sentencing Hearing from March 6, 2008 for at least 30 days, until or after April 7, 2008.

Respectfully submitted,

  /s/
Edson A. Bostic, Esquire
Federal Public Defender

Attorney for Brandon Tann

One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Dated: February 11, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-55-JJF |
| BRANDON TANN, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Defendant Tann's Sentencing Hearing shall be on the _____ day of _____, 2008, at _____ a.m./p.m.

 

 

_____
Honorable Joseph J. Farnan, Jr.
United States District Court