IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-55-JJF |
| BRANDON TANN, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this __14__ day of __February__, 2008, that Defendant Tann's Sentencing Hearing ~~shall be on the~~ __TBD__ day of _____, 2008, at _____ a.m./p.m.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court



FILED
FEB 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE