IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     :
                              :
        Plaintiff,            :
                              :
    v.                        :   Criminal Action No. 07-055 JJF
                              :
BRANDON TANN,                 :
                              :
        Defendant.            :

### O R D E R

WHEREAS, at the request of counsel, the March 2008

Sentencing has been cancelled (D.I. 23);

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's

Sentencing will be held on **April 18, 2008 at 10:00 a.m.**, in

Courtroom No. 4B on the 4th Floor, Boggs Federal Building,

Wilmington, Delaware.


 March 3, 2008                    _Joseph J. Farnan Jr._
     DATE                      UNITED STATES DISTRICT JUDGE

F I L E D

MAR    4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE