IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-55-JJF |
| BRANDON TANN, | : | |
| Defendant. | : | |

### NOTICE OF APPEAL

Notice is hereby given that Brandon Tann, Defendant, by and through his undersigned attorney, Edson A. Bostic, Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Joseph J. Farnan, Jr. on April 23, 2008, in the United States District Court for the District of Delaware.

　　　　　　　　　　　　　　　　　　　　/s/   *Edson A. Bostic*
　　　　　　　　　　　　　　　　　　　EDSON A. BOSTIC
　　　　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　　　　District of Delaware
　　　　　　　　　　　　　　　　　　　704 King Street, Suite 110
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　(302) 573-6010
　　　　　　　　　　　　　　　　　　　Email: ecf_de@msn.com
　　　　　　　　　　　　　　　　　　　Attorney for Defendant Brandon Tann

Dated: May 1, 2008